JEFF WINCHESTER, ESQ. (Nevada Bar No. 10279 )
E: JWinchester@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorney for Defendant FPI Management, Inc.,*

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| EPIFANIA CABAGON-TONGOL, an individual,<br><br>     *Plaintiff*,<br><br>  vs.<br><br>FPI MANAGEMENT, INC., a Foreign Corporation;<br>     *Defendants*. | Case No. 2:26-CV-01051-JAD-MDC<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FPI MANAGEMENT, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Plaintiff EPIFANIA CABAGON-TONGOL and Defendant FPI MANAGEMENT, INC., file this Stipulation and Order to extend the date for Defendant to answer or otherwise respond to Plaintiff's Complaint to and including July 2, 2026.

The parties have agreed to this extension to provide Defendants' counsel sufficient time to investigate Plaintiff's allegations and prepare a responsive pleading.

///

///

///

///

#12564229v1

The parties make this request in good faith and not for any purpose to delay these proceedings.

Dated this 24th day of June, 2026.

_/s/ Trevor Hatfield_____
TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
_thatfield@hatfieldlawassociates.com_

_Attorney for Plaintiff_

_/s/ _ Jeff Winchester_____
JEFF WINCHESTER, ESQ.
Nevada Bar No. 10279
**O'HAGAN MEYER** PLLC
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

_Attorney for Defendant_

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-29-26 _____

2

#12564229v1